

THE BOYD LAW GROUP, PLLC

PHILIP M. BOYD, ESQ.
PARTNER

NEW YORK OFFICE:
230 Park Avenue
Suite 1000
New York, NY 10169
Tel. (212) 808-3054
Fax (212) 808-3020

WHITE PLAINS OFFICE:
50 Main Street
Suite 1000
White Plains, NY 10606
(By Appointment Only)

EMAIL: pboyd@theboydlawgroup.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/13/08
```

February 12, 2007

VIA FACSIMILE (212) 805-7924
The Honorable Sidney H. Stein
United States District Judge
United States District Court for the
Southern District of New York
500 Pearl Street, Room 1010
New York, NY 10007



RECEIVED
FEB 12 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

Re:   **Ceesay v. Document Technologies, Inc.**
      **07 Civ. 11268**

Dear Judge Stein:

     As you know, our firm represents the Plaintiff in the above-referenced action. In accordance with our discussion with your clerk Laura Blakely, please accept this letter as a formal request for an adjournment of the scheduling conference.

     We have not been able to serve the defendant because they no longer have business offices in New York. As a result, we have commenced service through the Secretary of State. Because this process takes some time, we would suggest that that conference be adjourned for approximately six (6) weeks. By such point, we would expect that Defendant will be in receipt of the Complaint and able to appear. We will, of course, endeavor to accommodate whatever schedule the court deems most appropriate.

     Please accept our apologies for not attending the conference. It appears that the ECF records for this case have an incorrect e-mail address for our firm. As a result, we did not receive notice of the conference. We are attempting to have this matter corrected promptly, and accept responsibility for not observing the error on the docket sheet.

     Please feel free to contact our firm if you have any questions or require additional information. We tried to determine whether or not outside counsel has been assigned, but without success. As a result, defendant's in-house team has been contacted and copied on this letter.

*The Conference is adjourned to 3/28/08, at 10:30 a.m.*

SO ORDERED 2/13/08

SIDNEY H. STEIN
U.S.D.J.

www.theboydlawgroup.com

Sincerely,

THE BOYD LAW GROUP, PLLC

Patrick J. Boyd (PB 0921)
Attorney for Plaintiff
230 Park Avenue, Suite 1000
New York, New York 10169
Tel:  (212) 808-3054
Fax:  (212) 808-3020

cc:  Consuela Wilson (via simultaneous fax)
     Files

2