UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OUMIE CEESAY,

                      Plaintiff,

   - against -

DOCUMENT TECHNOLOGIES, INC.,

                      Defendant.

Case No. 1:07-CV-11268
        (SHS)(KNF)

**RULE 7.1 STATEMENT**
**on behalf of**
**Document Technologies, LLC**

---

      Defendant Document Technologies, LLC also known as Document Technologies, Inc., by its attorneys Kauff McClain & McGuire LLP, states it is a limited liability company organized under the laws of the State of Georgia and Defendant has no parent corporation nor is there any publicly held corporation that holds an interest in Defendant.

Dated: April 30, 2008 at
       New York, New York.

                                Respectfully submitted,
                                KAUFF McCLAIN & McGUIRE LLP
                                Attorneys for Defendant
                                Document Technologies, LLC

                                By:   /s/ G. Peter Clark
                                      G. Peter Clark (GC-5489)

                                950 Third Avenue – 14th Floor
                                New York, New York 10022
                                (212) 644-1010

4850-0470-7330.1