```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

OUMIE CEESAY,                            :     07 Civ. 11268 (SHS)

               Plaintiff,          :

    -against-                           :     ORDER

DOCUMENT TECHNOLOGIES INC.,              :

              Defendant.          :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The next conference is scheduled for June 27, 2008, at 10:30 a.m.; and

    2.    The last day for completion of discovery is August 29, 2008.

Dated: New York, New York
       May 9, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.