```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| OUMIE CEESAY, | : | 07 Civ. 11268 (SHS) |
| Plaintiff, | : | |
| -against- | : | ORDER |
| DOCUMENT TECHNOLOGIES INC., | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    A pretrial conference having been held today, with counsel for all parties present,

    IT IS HEREBY ORDERED that:

    1.    The last day for completion of discovery remains at August 29, 2008;

    2.    The next pretrial conference is scheduled for September 12, 2008, at 11:00 a.m.; and

    3.    If there are any discovery disputes, the parties should notify the Court, in writing, far enough in advance so that the dispute can be adjudicated and the discovery taken before the close of discovery.

Dated: New York, New York
         June 27, 2008

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.