**THE BOYD LAW GROUP PLLC**

AUG 15 2008
CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

PATRICK JAMES BOYD, ESQ.
*PARTNER*

NEW YORK OFFICE:
230 PARK AVENUE
SUITE 1000
NEW YORK, NY 10169
TEL: (212) 808-3054
FAX: (212) 808-3020

WHITE PLAINS OFFICE:
50 MAIN STREET
SUITE 1000
WHITE PLAINS, NY 10606
(BY APPOINTMENT ONLY)

EMAIL: pboyd@theboydlawgroup.com

August 15, 2008

**VIA FACSIMILE**
The Honorable Sidney H. Stein
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1010
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

Re: Ceesay v. Document Technologies, Inc.
    07 Civ. 11268 (SHS) (KNF)

Dear Judge Stein:

**MEMO ENDORSED**

We represent Plaintiff Oumie Ceesay in the above-referenced matter, and write on behalf of both parties requesting an order granting a 90-day extension of the discovery deadline, which is currently set for August 29, 2008. This is the parties' first request for an extension of the discovery deadline.

The parties make this request as good faith delays in the parties' document productions have prolonged the discovery process. The final round of both parties' production occurred this week. The parties were not able to schedule depositions prior to the completion of production, so depositions have not taken place yet.

At this time, Plaintiff and Defendant each states that all responsive documents in their possession have been produced to the other. Counsel for the parties have conferred on several occasions regarding the scheduling of Plaintiff's deposition in September or possibly earlier, and are working cooperatively toward moving discovery forward.

As a result, we respectfully request that the original discovery deadline of August 29, 2008, as set forth in your honor's June 27 order, be extended to November 26, 2008. Counsel for Defendant joins in this request.

*Last day for discovery is extended to October 17; pretrial conf remains at Sept 17 at 11 AM. SO ORDERED 8/18/08. No further extensions.*

Respectfully submitted,

SIDNEY H. STEIN
U.S.D.J.

WWW.THEBOYDLAWGROUP.COM

MICROFILMED AUG 19 2008 9:00 AM

_[signature]_
Rae D. Min

The Boyd Law Group, PLLC
Attorneys for Plaintiff
230 Park Avenue, Suite 1000
New York, NY 10169
Tel: (212) 808-3054

_[signature]_
G. Peter Clark

Kauff McClain & McGuire LLP
Attorneys for Defendant
950 Third Avenue, 14th Floor
New York, NY 10022
Tel: (212) 909-0710